# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.:   EDCV-08-1669-R                               DATE: MAY 15, 2009

TITLE:   RHINA H. ESTURBAN -V- WASHINGTON MUTUAL BANK et al
================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                                <u>   N/A   </u>
**Deputy Clerk**                                                    **Court Reporter**

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

   Not present                                               Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
                   dismissed for lack of prosecution


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MAY 26, 2009 AT 10:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO PROSECUTE THIS ACTION.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                            Initials of Deputy Clerk__WH___
**CIVIL - GEN**                              D-M